1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY MART AND GAS, INC., et al.,<br><br>            Defendants. | No. 1:22-cv-00148-AWI-SKO<br><br>**STIPULATION TO SET ASIDE DEFAULT; ORDER**<br><br>(Doc. 9) |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Darren Gilbert ("Plaintiff"), by and through his attorney, and Defendant Balbir Sanghera ("Defendant," and together with Plaintiff, "the Parties"), who is currently self-represented and is specially appearing on her own behalf for the sole purpose of obtaining this stipulation, by the Parties request, that the Clerk's Default entered against Defendant on April 18, 2022 (Dkt. 6) be and is hereby set aside, and that an answer on behalf of Defendant shall be filed within thirty (30) days of the entry of the order setting aside the default.

Good cause exists because the Parties desire for the case to be heard on its merits.

**IT IS SO STIPULATED.**

Dated:  May 5, 2022                                         MOORE LAW FIRM, P.C.

                                                                          */s/ Tanya E. Moore*
                                                                          Tanya E. Moore
                                                                          Attorney for Plaintiff,
                                                                          Darren Gilbert


Dated: May 5, 2022                                          */s/ Balbir Sanghera*
                                                                          Defendant, Balbir Sanghera

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                                                          */s/ Tanya E. Moore*
                                                                          Tanya E. Moore
                                                                          Attorney for Plaintiff,
                                                                          Darren Gilbert

## ORDER

The Parties having so stipulated (Doc. 9) and good cause appearing for the case to be heard on its merits, it is ordered as follows:

1. The default entered against Defendant, Balbir (erroneously named as "Belbir") Sanghera ("Defendant") on April 18, 2022 (Doc. 6), is hereby SET ASIDE.
2. Defendant SHALL file an answer to Plaintiff's complaint within thirty (30) days of the entry of the order setting aside the default.

IT IS SO ORDERED.

Dated:  **May 6, 2022**                                 */s/ Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE